IN THE DISTRICT COURT FOR THE UNITED STATES

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. NO.02-32T
)
MICHAEL ORTIZ )

STIPULATION REGARDING MODIFICATION OF SENTENCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant has submitted a request for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

Total Offense Level 29

Criminal History Category IV

121 to 151 months imprisonment

4 to 5 years supervised release (Ct. I)

2 to 3 years supervised release (Cts. II and III)

$15,000 to $2,000,000 fine.

3. Defendant was sentenced on January 10, 2003 to 121 months incarceration as to Count I and 120 months incarceration as to Counts II and III concurrently.

4. Defendant is eligible for a modification of his sentence Pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual

5. Defendant's revised guideline calculation is a follows:

Total Offense Level 27

Criminal History Category IV

100 to 125 months imprisonment

4 to 5 years supervised release (Ct. I)

2 to 3 years supervised release (Cts. II and III)

$12,500 to $2,000,000 fine.

6. According to the modified pre-sentence report, defendant's conduct while imprisoned reveals the defendant had and incident report on Aparil 29, 2003, for Being Absent, on July 26, 2004, for Failure to Stand for Count, and on August 18, 2006, for Possessing Intoxicants.

7. Based upon the foregoing, the parties hereby stipulate that a sentence of 100 months is appropriate in this matter.

8. The parties further stipulate that the remainder of defendant's judgment shall remain unchanged.

9. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S..C § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005) and Kimbrough v. United States, 2007 WL 4292040 (U.S. 2007).

10. Accordingly, the parties agree and stipulate that an amended judgement may be entered by the Court in accordance with this stipulation on or after March 3, 2008, pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(c), Amendment 706 of the United States Sentencing Commission Guidelines Manual.

Respectfully submitted,

4/11/08

EDWARD C. ROY
Counsel for Defendant

Date

April 8, 2008

GERARD B. SULLIVAN
Assistant U.S. Attorney

Date